# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JUAN ANDRES RODRIGUEZ and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> GOLD STAR, INC., <br> FIRST CLASS PARKING SERVICES, CORP., <br> FIRST CLASS PARKING SYSTEMS LLC, <br> SEBASTIAN LOPEZ, <br> JORGE ZULUAGA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 15CV20902-UU |

## SUMMONS IN A CIVIL ACTION



SERVED 3/10/15
DATE
TIME 10:15 AM
BY

To: (Defendant's name and address)
GOLD STAR, INC.
Registered Agent: Sebastian Lopez
12550 Biscayne Blvd., Suite 207
Miami, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 5, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-20902

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gold Star Inc

was received by me on *(date)* 3/5/15 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jens Tice lofer 6/A , who is
designated by law to accept service of process on behalf of *(name of organization)* Gold Star Inc
on *(date)* 3/10/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/15

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JUAN ANDRES RODRIGUEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                          )
     Plaintiff, )
vs.                                     15CV20902-UU

GOLD STAR, INC., )
FIRST CLASS PARKING SERVICES, )
CORP., )
FIRST CLASS PARKING SYSTEMS LLC, )
SEBASTIAN LOPEZ, )
JORGE ZULUAGA, )
                                          )
     Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
FIRST CLASS PARKING SYSTEMS LLC
Registered Agent: Sebastian Lopez
12550 Biscayne Blvd., Suite 207
Miami, FL 33181

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 5, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-20902

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* First Class Parking System LLC

was received by me on *(date)* 3/5/15 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jasmine Iglar N/A , who is designated by law to accept service of process on behalf of *(name of organization)* First Class Parking System, LLC on *(date)* 3/10/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/15

Server's signature

Perry Parang
Printed name and title

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JUAN ANDRES RODRIGUEZ and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
      Plaintiff, )
vs. )  15CV20902-UU
)
GOLD STAR, INC., )
FIRST CLASS PARKING SERVICES, )
CORP., )
FIRST CLASS PARKING SYSTEMS LLC, )
SEBASTIAN LOPEZ, )
JORGE ZULUAGA, )
)
      Defendants. )
)

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
SEBASTIAN LOPEZ
12550 Biscayne Blvd., Suite 207
Miami, FL 33181

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: — Mar 5, 2015 ——

SERVED
DATE 3/10/15
TIME 10:15
BY _____



**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

15 — 20902

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sebastian Iola

was received by me on *(date)* 3/5/15 .

☒ I personally served the summons on the individual at *(place)* 12550 Biscayne Blvd
N. Miami Fl  on *(date)* 3/10/15  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/14/15

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

Case 1:15-cv-20902-UU   Document 4   Entered on FLSD Docket 03/05/2015   Page 2 of 5

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN ANDRES RODRIGUEZ and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>GOLD STAR, INC.,<br>FIRST CLASS PARKING SERVICES, CORP.,<br>FIRST CLASS PARKING SYSTEMS LLC,<br>SEBASTIAN LOPEZ,<br>JORGE ZULUAGA,<br><br>    Defendants. | 15CV20902-UU |

## SUMMONS IN A CIVIL ACTION



DATE SERVED 3/10/15
TIME 10:15 am

To: (Defendant's name and address)
FIRST CLASS PARKING SERVICES, CORP.
Registered Agent: Sebastian Lopez
12550 Biscayne Blvd., Suite 207
Miami, FL 33181

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 5, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-20902

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* First Class Smiles Service Corp
was received by me on *(date)* 3/5/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jennifer Lopez C/A _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* First Class
Smiles Service Corp on *(date)* 3/10/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/15

_____
*Server's signature*

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN ANDRES RODRIGUEZ and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>GOLD STAR, INC.,<br>FIRST CLASS PARKING SERVICES, CORP.,<br>FIRST CLASS PARKING SYSTEMS LLC,<br>SEBASTIAN LOPEZ,<br>JORGE ZULUAGA,<br><br>        Defendants. | 15CV20902-UU |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JORGE ZULUAGA
12550 Biscayne Blvd., Suite 207
Miami, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 5, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

*15 - 20902*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Jacob Zulueta_

was received by me on *(date)* _3/10/15_.

☒ I personally served the summons on the individual at *(place)* _1000 Biscayne Blvd N. Miami, FL_ on *(date)* _3/10/15_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _20.00_ for travel and $ _20.00_ for services, for a total of $ _40.00_ .

I declare under penalty of perjury that this information is true.

Date: _3/10/15_

_____
Server's signature

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: