UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20902-UU

JUAN ANDRES RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
              )
    Plaintiff, )
vs. )
              )
GOLD STAR, INC.; FIRST CLASS )
PARKING SERVICES, CORP.; FIRST )
CLASS PARKING SYSTEMS LLC; )
SEBASTIAN LOPEZ; JORGE ZULUAGA )
              )
    Defendants. )
_____ )

## PLAINTIFF'S NOTICE OF COMPLIANCE

Comes Now Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Notice of Compliance and in support thereof states as follows:

On April 6, 2015, Plaintiff's Counsel provided Defendants' Counsel with a copy of this Court's Order [DE 7] and Plaintiff's Statement of Claim.

                Respectfully Submitted,

                __/s/Steven C. Fraser__
                Steven C. Fraser, Esq.
                Fla. Bar No. 625825
                J.H. Zidell, P.A.
                Attorney for Plaintiff
                300 71st Street #605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865 – 7167
                Email: steven.fraser.esq@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2015, I electronically filed the foregoing Plaintiff's Notice of Compliance with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

      __/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com