UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20902-UU

JUAN ANDRES RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
)
)
         Plaintiff, )
)
vs. )
)
)
)
)
GOLD STAR, INC.; FIRST CLASS )
PARKING SERVICES, CORP.; FIRST )
CLASS PARKING SYSTEMS LLC; )
SEBASTIAN LOPEZ; JORGE ZULUAGA )
)
         Defendants. )
_____ )

**JOINT PLANNING AND SCHEDULING REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.1(b), the parties conferred and now file this Joint Scheduling Report in the above styled action and show the court has follows:

1.    Statement of Nature of Claim

    Plaintiff has filed a complaint under the Fair Labor Standards Act for overtime.

2.    Brief Summary of Uncontested Facts

    None at this time.

3.    Brief Summary of the issues as presently known.

    (1) The amount of hours worked by Plaintiff on a weekly basis

    (2) Whether Plaintiff worked overtime and was paid a minimum wage.

    (3) Whether Plaintiff was paid overtime wages when he worked overtime.

    (4) Whether Defendants acted in good faith.

    (5) Whether Defendants are an enterprise for purposes FLSA subject matter jurisdiction/coverage.

    (6) Whether Defendants conduct was willful.

4. <u>Whether Discovery should be conducted in phases or limited to particular issues</u>.

   The parties do not believe that discovery should be conducted in phases or limited to particular issues.

5. <u>A detailed schedule of discovery for each party</u>.

   As set forth in the Parties attached proposed scheduling order, the parties request a discovery cut off of November 3, 2015.

6. <u>Proposed deadlines for joinder of other parties and to amend the pleadings, to file and hear motions and to complete discovery</u>.

   a. Deadline to amend pleadings or joinder of parties:   July 1, 2015

   b. Deadline to Complete Discovery:   November 3, 2015

   c. To file non-dispositive motions:   January 8, 2016

   d. Deadline to file dispositive motions:   January 8, 2016

   e. Deadline to file motions in limine:   March 8, 2016

7. <u>Proposed approximate dates for final pre-trial conferences and trial</u>.

   a. Final Pretrial Conference:   April 8, 2016

   b. Date for Trial:   April 16, 2016

8. <u>The projected time necessary for trial and a statement of whether the case is jury or non-jury trial</u>.

   a. Plaintiff has requested a trial by jury. The Parties estimate that this will be a two (2) to three (3) day trial.

9. A list of all pending motion, whether each motion is "ripe" for review, the date each motion became ripe, and a summary of the parties respective positions with respect to each ripe motion.

   a. There are currently no pending motions before this Court.

10. Any unique legal or factual aspects of the case requiring special consideration by the Court.

    a. The parties are unaware of any unique legal or factual aspects of this case that requires special consideration by this Court.

11. Any potential need for references to a special mater or magistrate.

    a. Currently the parties do not see a need to reference any matter to the magistrate.

12. The status and likelihood of settlement.

    a. As the case matriculates, the parties will discuss settlement and make reasonable, good faith efforts to resolve this matter without the Court's assistance.

13. Such other matters as are required by Local Rule 16.1(b) and as may aid the Court in setting the case for status or pretrial conference and in the fair and expeditious administration and disposition of this action.

    a. Not that the parties are aware.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

Dated: 04/29/2015                                   Dated: 04/29/2015

| | |
|---|---|
| J.H. Zidell, P.A. | Law Offices of Lowell J. Kuvin |
| Attorney for Plaintiff | Attorney for Defendants |
| 300 71st Street, Suite 605 | 17 East Flagler Street, Suite 223 |
| Miami Beach, Florida 33141 | Miami, Florida 33131 |
| Tel: (305) 865-6766 | Tel: (305) 358-6800 |
| Fax: (305) 865-7167 | Fax: (305) 358-6808 |
| | |
| By:  /s/ Steven C. Fraser\_\_\_ | By:  /s/ Lowell J. Kuvin_____ |
|      Steven C. Fraser, Esq. |      Lowell J. Kuvin, Esq. |
|      Florida Bar Number 625825 |      Florida Bar Number: 53072 |