UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20902-UU

JUAN ANDRES RODRIGUEZ,

    Plaintiff,

v.

GOLD STAR, INC.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 13, 2015, the Court ordered the parties to select a mediator by May 28, 2015. D.E. 14. But to date, no notice of mediator selection has been filed. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Thursday, June 4, 2015**, as to why this case should not be dismissed for failure to comply with the Court's Order. Additionally, Plaintiff SHALL file a notice of mediator selection by that date. Failure to comply with this Order will result in the immediate dismissal of this case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

counsel of record via cm/ecf