UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20902-UU

JUAN ANDRES RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b),  )
                                                                    )
            Plaintiff,                  )
  vs.                                                             )

GOLD STAR, INC.; FIRST CLASS )
PARKING SERVICES, CORP.; FIRST )
CLASS PARKING SYSTEMS LLC; )
SEBASTIAN LOPEZ; JORGE ZULUAGA )
               Defendants.            )
_____ )

**RESPONSE TO ORDER TO SHOW CAUSE**

Come Now Plaintiff JUAN ANDRES RODRIGUEZ, by and through undersigned counsel, and hereby files their response to the Order to Show Cause [DE 15], and in support thereof states as follows:

1.      Mediation is this case is set for July 15, 2014. [DE 16].

2.      Prior to the entry of the Order to Show Cause, counsel overlooked the deadline for Court ordered mediation selection and never calendared same.

3.      Since the issuance of the show cause Order, Plaintiff has stepped up and coordinated dates in response to the previous Order related to the selection of a mediator.

**MEMORANDUM OF LAW**

**I.    GOOD CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

While Federal Rule 41(b) authorizes courts to dismiss cases for lack of prosecution, involuntary dismissal is a drastic remedy to which a court may resort only in extreme circumstances." *Silas v. Sears, Roebuck & Co., Inc*. 586 F.2d 382 (5th Cir. 1978). In fact, only

where there is a "clear record of delay or contumacious conduct by the plaintiff's is an involuntary dismissal appropriate. *Durham v. Florida East Coast R. R. Co*., 385 F.2d 366, 368 (5th Cir. 1976).

In the present case, the record is "devoid of "delay or contumacious conduct" by Plaintiffs to warrant the grave sanction of involuntary dismissal. Rather, Plaintiffs have been steadfast in their attempts to prosecute this case.

For the sake of excusable neglect, such calendaring issues are well recognized and established in Florida. <u>*See, e.g. Wilson v. Woodward,*</u> 602 So.2d 547, 549 (Fla. 2d DCA 1992) ( holding it was abuse of discretion to deny 1.540(b) relief from summary judgment after plaintiff's counsel failed to appear for hearing due to secretary's failure to calendar); *J.J.K. Int'l Inc. v. Shivbaran* 985 So.2d 66, 68-69 (Fla 4th DCA 2008) (holding that it was error to deny 1.540(b) motion seeking relief from order of dismissal entered after counsel failed to appear at hearing on a motion to dismiss because secretary mistakenly marked hearing "cancelled"). See also, e.g. *Miller v. Fortune Insurance Co.,* 484 So. 2d 1221 (Fla. 1986*); Shampaign Industries, Inc. v. South Broward Hospital District, 411 So. 2d 364 (Fla. 4t$^{h}$ DCA 1982).* (afforded relieve as a result of mistake, inadvertence or excusable neglect which constitutes clerical error.

In light of the foregoing, Plaintiffs respectfully requests that the Court not dismiss the action. To the extent that the Court has remaining concerns about the Plaintiffs efforts to prosecute this matter, Plaintiffs respectfully requests that the Court schedule a Status Conference.

Dated:  June 4, 2015

/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

I hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

  __/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

<u>Via cm/ECF</u>
Lowell J. Kuvin, Esquire
Law Office of Lowell J. Kuvin
17 East Flagler Street, Sutie 223
Miami, Florida 33131
Lowell@kuvinlaw.com