UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20902-UU

JUAN ANDRES RODRIGUEZ,

    Plaintiff,

v.

GOLD STAR, INC.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

    THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 14, 2015, the Court entered a Scheduling Order requiring the parties to file an Interim Joint Status Report within ninety (90) days, providing the Court with certain information specified in the scheduling order. D.E. 13. The parties have failed to timely file the required status report. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, by **Monday, August 24, 2015,** why this cause should not be dismissed for failure to comply with the Court's order. D.E. 13. Alternatively, the parties may file by that time an Interim Joint Status Report in conformance with the Court's Scheduling Order. Failure to comply with these deadlines shall result in dismissal of this action without further notice.

    DONE AND ORDERED in Chambers, Miami, Florida, this 20th day of August, 2015.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf