**Lowell J. Kuvin, Esq.**

| | |
|---|---|
| **From:** | Steve Fraser <steven.fraser.esq@gmail.com> |
| **Sent:** | Thursday, August 27, 2015 6:17 AM |
| **To:** | Lowell J. Kuvin, Esq. |
| **Subject:** | Conferral on better responses to discovery |

Good Morning,

The transcripts indicate that there are documents which we discussed.  Please produce within 5 days.   Also, many of the responses to interrogatories should be amended.    This is my conferral on the issue.


Thanks,

Steven Fraser, Esquire
Attorney for Plaintiffs
J.H. Zidell, P.A.
300 South 71st Street, Suite 601
Miami Beach, Florida 33141
305.865.6766