UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-20902-UU

JUAN ANDRES RODRIGUEZ,

    Plaintiff,

v.

GOLD STAR, INC.,

    Defendant.
_____/

## CONSENT TO EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties voluntarily consented to have a United States Magistrate Judge conduct all further proceedings in the case, including trial and entry of final judgment. D.E. 50. Accordingly, it is hereby

ORDERED AND ADJUDGED that this case be referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the consent of the parties. The parties are advised that any appeals from the Magistrate Judge's disposition of this case must be made directly to the Eleventh Circuit Court of Appeals.

DONE AND ORDERED in Chambers in Miami, Florida, this 24th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate Judge Otazo-Reyes