UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20902-UU

| | |
|---|---|
| JUAN ANDRES RODRIGUEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| GOLD STAR, INC.; FIRST CLASS PARKING SERVICES, CORP.; FIRST CLASS PARKING SYSTEMS LLC; SEBASTIAN LOPEZ; JORGE ZULUAGA | ) ) ) ) |
| Defendants. | ) ) ) ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLYS  TO MOTIONS FOR SUMMARY FINAL JUDGMENT**

Comes Now Plaintiffs and Defendants, by and through their respective undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(a) and (b) and Local Rule 7.1, moves this Court for an extension of time in which to Reply to each respective Responses to Motion for Summary Final Judgment and in support thereof states:

1.      A Status Conference is currently set for December 7, 2015.

2.      Each of the Parties' Reply to the Responses to Motion for Summary Judgment is due today December 3, 2015.

3.      Counsel for both parties have been unable to timely file a response due to professional obligations in other matters.

4.     Accordingly, the parties request until Thursday, December 10, 2015 to file their respective reply to each Response to Motion for Summary Final Judgment.

5.     The requested extension would be in the best interests of justice and would not prejudice either party.

6.     This request will not impact the currently set trial calendar.

## MEMORANDUM OF LAW

The Court has discretion to grant enlargements, although the Court takes into consideration whether the request will impact the trial calendar and the reasons.  *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).

WHEREFORE, the Parties request this Honorable Court enter an Order extending the time for each to file a reply to each Response to Motion for Summary Final Judgment.

## CONSENT OF COUNSEL FOR DEFENDANTS

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Motion.

Respectfully Submitted,

Dated: 12/3/2015                              Dated: 12/3/2015

J.H. Zidell, P.A.
Attorney for Plaintiff
Steven C. Fraser, Esq.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167


By:  /s/ Steven Fraser__
     Steven Fraser
      Florida Bar Number 625825

Lowell J. Kuvin, Esquire
Law Offices of Lowell J. Kuvin
Attorney for Defendants
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel: (305) 358-6800
Fax: (305) 358-6808


By:_ /s/Lowell J. Kuvin_____
    Lowell J. Kuvin
   Florida Bar No.: 53072

## CERTIFICATE OF SERVICE:

I hereby certify that on December 3, 2015, I electronically filed the foregoing Joint Motion To Extend Time Upon Which to File Replies with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

<u>SERVICE LIST</u>

<u>Via cm/ECF</u>