UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-20902-CIV-OTAZO-REYES

**Consent**

JUAN ANDRES RODRIGUEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

GOLD STAR, INC.,
FIRST CLASS PARKING SERVICES, CORP.,
FIRST CLASS PARKING SYSTEMS LLC,
SEBASTIAN LOPEZ, and
JORGE ZULUAGA,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE came before the Court for Status Conference on December 7, 2015. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED as follows:

1. The Jury Trial is specially **SET** to commence on **Monday, February 22, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been reserved for trial.

2. The Pretrial Conference is hereby **SET** for **Thursday, February 4, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

3. The Joint Pre-Trial Stipulation is due by **December 14, 2015.**

4. Plaintiff Juan Andres Rodriguez's ("Plaintiff") Motion for Extension of Time to File a Response to Defendants' Motion in Limine [D.E. 58] is GRANTED. Plaintiff shall respond by **December 16, 2015.**

5. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten days of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of December, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE


cc: Counsel of Record