UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20902-UU

JUAN ANDRES RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
              Plaintiff, )
  vs. )
)
GOLD STAR, INC.; FIRST CLASS )
PARKING SERVICES, CORP.; FIRST )
CLASS PARKING SYSTEMS LLC; )
SEBASTIAN LOPEZ; JORGE ZULUAGA )
)
              Defendants. )
_____ )

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE [D.E. #66]

Defendants, GOLD STAR, INC.; FIRST CLASS PARKING SERVICES, CORP., FIRST CLASS PARKING SYSTEMS LLC, SEBASTIAN LOPEZ and JORGE ZULUAGA ("Defendants"), by and through their undersigned counsel, hereby file their Response to the Court's Order to Show Cause why the Joint Pretrial Stipulation that was due on December 14, 2015 has not been filed [D.E. #66], and in support thereof, state as follows:

1. Defendants' counsel had been working with Plaintiff's counsel, Steven Fraser, Esq., to prepare and file the Joint Proposed Pre-Trial Stipulation ("Stipulation") with the Court.

2. Defendants' counsel's last e-mail with a draft of the Stipulation was sent to Mr. Fraser on December 7, 2015.

3. Mr. Fraser did not respond to the last e-mail on December 7, 2015, and did not provide his comments to the last draft of the Stipulation.

4. On December 17, 2015, Defendants' counsel e-mailed Mr. Fraser inquiring about Mr. Fraser's comments to the draft Stipulation and advising that the deadline to file same had passed on December 14, 2015.

5. On December 22, 2015, undersigned counsel telephoned Mr. Fraser's office and left a message for him after being advised that Mr. Fraser was in a meeting.

6. On December 23, 2015, undersigned counsel again telephoned Mr. Fraser's office and was advised that Mr. Fraser had left the firm as of December 18, 2015, and that another attorney at the firm, Elizabeth Hueber, Esq., was now handling this case on behalf of Plaintiff.

7. On December 24, 2015, undersigned counsel e-mailed the draft Stipulation to Ms. Hueber.

8. Undersigned counsel has been working diligently with Ms. Hueber to finalize the Stipulation since December 24, 2015.

9. Ms. Hueber is filing the Stipulation today.

Respectfully submitted December 31, 2015,

/s/ Sundeep K. Mullick
Lowell J. Kuvin
Fla. Bar No.: 53072
Sundeep K. Mullick
Fla. Bar No.: 18175
lowell@kuvinlaw.com
sunny@kuvinlaw.com
Law Office of Lowell J. Kuvin, LLC
17 East Flagler St. Suite 223
Miami, Florida 33131
Tel:   305.358.6800
Fax:   305.358.6808
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    /s/ Sundeep K. Mullick
                    Sundeep K. Mullick

**RODRIGUEZ, et al. v. FIRST CLASS PARKING SYSTEMS LLC, et al.**
   **CASE #: 14-24377-CIV-UNGARO/OTAZO-REYES**
           Service List

| | |
|---|---|
| **Lowell J. Kuvin, Esq.** | **J.H. Zidell** |
| *Law Office of Lowell J. Kuvin* | **Steven Fraser** |
| 17 East Flagler Street, Suite 223 | *J.H. Zidell, P.A.* |
| Miami, Florida 33131 | 300 71st Street, Suite 605 |
| Tel.: 305.358.6800 | Miami Beach, Florida 33141 |
| Fax: 305.358.6808 | Tel: 305.865.6766 |
| Primary Email: lowell@kuvinlaw.com | Fax: 305.865.7167 |
| Secondary Email: esther@kuvinlaw.com | Email: ZAbogado@aol.com |
| *Attorney for Defendants* | *Attorney for Plaintiff* |