AO 187 (Rev. 7/87) Exhibit and List

## United States District Court

SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| JUAN ANDRES RODRIGUEZ, et al.,<br>　　　　Plaintiff,<br>　vs.<br>GOLD STAR, INC., et al.,<br>　　　　Defendants. | **PLAINTIFF'S WITNESS LIST**<br>CASE NO.: 15-CV-20902-AOR<br>[CONSENT CASE] |
| **PRESIDING JUDGE**<br>Honorable<br>MAGISTRATE JUDGE<br>OTAZO-REYES | **PLAINTIFF'S ATTORNEY**<br>J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | **DEFENDANT'S ATTORNEY**<br>Lowell J. Kuvin<br>Law Office of Lowell J. Kuvin<br>17 East Flagler Street<br>Suite 223<br>Miami, FL 33131 |
| **TRIAL DATE(S)**<br>February 22, 2016 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Juan Andres Rodriguez, c/o J. H. Zidell, PA |
| 2 | | | | | Sebastian Lopez, c/o Law Office of Lowell J. Kuvin |
| 3 | | | | | Jorge Zuluaga, c/o Law Office of Lowell J. Kuvin |
| 4 | | | | | Corporate Representative for Gold Star, Inc. |
| 5 | | | | | Corporate Representative for First Class Parking Services, Corp. |
| 6 | | | | | Corporate Representative for First Class Parking Systems LLC |
| 7 | | | | | Goritza Drascovich, 2101 Brickell Avenue, Miami, Florida 33129 |
| 8 | | | | | Julio Osario, 2101 Brickell Avenue, Suite 1801, Miami, Florida 33129 |
| 9 | | | | | Claudia A. Betancourt, 2101 Brickell Avenue, Suite 309, Miami, Florida 33129-2102 |
| 10 | | | | | Jeanette Crisostomo, 2101 Brickell Avenue, Suite 309, Miami, Florida 33129-2102 |
| 11 | | | | | Chloe Keidash, 2101 Brickell Avenue, Miami, Florida 33129 |
| 12 | | | | | Dennis Leach, Skyline Equities, 801 Brickell Avenue, Miami, Flordia 33131 |
| 13 | | | | | Robert Johnson, The 5151 Seacoast, Condominium Association, 5151 Collinsm Miami Beach, Florida 33140 |
| 14 | | | | | |
| 15 | | | | | Yanira Alvarado, The 5151 Seacoast Condominium Association, 5151 Collins Miami Beach, Florida 33140 |
| 16 | | | | | Madlyn Repoci, Property manager for Brickell Condominium, Association, Inc, 2101 Brickell Avenue, Miami, Florida 33129 |

*

|    |   |   |   |   |
|----|---|---|---|---|
|    |   |   |   | Corporate Representative, American Ranger Protective Group, Inc., 301 NW 50th Avenue, Miami, Florida 33126 |
| 17 |   |   |   |   |
| 18 |   |   |   | Impeachment witnesses. |
| 19 |   |   |   | Rebuttal witnesses. |
| 20 |   |   |   | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |
|    |   |   |   |   |