AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

JUAN ANDRES RODRIGUEZ, et al.,
      Plaintiff,
vs.

GOLD STAR, INC., et al.,
      Defendants.

**PLAINTIFF'S EXHIBIT LIST**

CASE NO.: 15-CV-20902-AOR

[CONSENT CASE]

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable MAGISTRATE JUDGE OTAZO-REYES | J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Lowell J. Kuvin<br>Law Office of Lowell J. Kuvin<br>17 East Flagler Street<br>Suite 223<br>Miami, FL 33131 |

TRIAL DATE(S)
February 22, 2016

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff's Paystubs |
| 2 | | | | | Plaintiff's Statement of Claim |
| 3 | | | | | Defendants' Verified Answers to Plaintiff's First Interrogatories |
| 4 | | | | | Defendants Answers to Plaintiff's First Request for Admission |
| 5 | | | | | Gold Star Inc. Vendor QuickReport |
| 6 | | | | | First Class Composite Event Payment Sheets |
| 7 | | | | | First Class Composite Monthly Reports |
| 8 | | | | | MBCC Schedule of Events |
| 9 | | | | | Handwritten Records in Regard to Payments on Events |
| 10 | | | | | Event Work Orders Regarding Miami Beach Convention Center |
| 11 | | | | | Handwritten Records Showing Payments Made |
| 12 | | | | | Audit of First Class Parking, LLC by City of Miami Beach |
| 13 | | | | | First Class Parking Systems, LLC Invoices Regarding Skyline at Brickell |
| 14 | | | | | Contract Between First Class and Skyline Brickell |
| 15 | | | | | Deposition of First Class Parking |
| 16 | | | | | Defendants' Exhibits |
| 17 | | | | | ALL IMPEACHMENT EXHIBITS |