EXHIBIT C
DEFENDANTS' WITNESS LIST

1. Juan Andres Rodriguez
   c/o Elizabeth Hueber, Esq.
   J.H. Zidell, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141

2. Sebastian Lopez
   c/o Lowell J. Kuvin, Esq.
   The Law Office of Lowell J. Kuvin, LLC
   17 East Flagler Street, Suite 223
   Miami, Florida 33131

3. Jorge Zuluaga
   c/o Lowell J. Kuvin, Esq.
   The Law Office of Lowell J. Kuvin, LLC
   17 East Flagler Street, Suite 223
   Miami, Florida 33131

4. Melanie Roman
   c/o Lowell J. Kuvin, Esq.
   The Law Office of Lowell J. Kuvin, LLC
   17 East Flagler Street, Suite 223
   Miami, Florida 33131

5. All witnesses on Plaintiff's Witness List.

6. Rebuttal witnesses.

7. Impeachment witnesses.