EXHIBIT D
DEFENDANTS' EXHIBIT LIST

1.      All work records that were made available by Defendants for Plaintiff to inspect

and copy.

2.      All documents produced by Defendants to Plaintiff during discovery.

3.      All documents on Plaintiff's Exhibit List.