**Do you find from a preponderance of the evidence:**

- **FLSA Liability**

1. That the Defendant, First Class Parking Services, Corp., was Plaintiff's employer, which means First Class Parking Services, Corp. had significant ownership interest and control over Plaintiff as to create liability under the Fair Labor Standards Act.

  Yes _____ No _____

2. That the Defendant, Gold Star, Inc., was Plaintiff's employer, which means Gold Star, Inc. had significant ownership interest and control over Plaintiff as to create liability under the Fair Labor Standards Act.

  Yes _____ No _____

3. That the Defendant, Sebastian Lopez, was Plaintiff's employer, which means Mr. Lopez had significant ownership interest and control over Plaintiff as to create liability under the Fair Labor Standards Act.

  Yes _____ No _____

4. That the Defendant, Jorge Zulaga, was Plaintiff's employer, which means Mr. Zulaga had significant ownership interest and control over Plaintiff as to create liability under the Fair Labor Standards Act?

  Yes _____ No _____

- **Commerce:**

5. That the Plaintiff was individually engaged in interstate commerce.

        Yes _____ No _____

6. Was the Defendant First Class Parking Systems, Inc. an enterprise engaged in interstate commerce?

        Yes _____ No _____

Was the Defendant Gold Star Inc. an enterprise engaged in commerce?

      [If your answer to both 5 and 6 is no, then you need not answer any further questions in this verdict form].

- **Overtime Wages**

7. That the Defendants failed to pay Plaintiff Juan Andres Rodriguez overtime wage pay required by law?

        Yes _____ No _____

      [Note:  If your answer is Yes, you need to determine the dollar amount of his unpaid overtime wages in paragraph 8.].

- **Damages as to Overtime Wages**

8. That Plaintiff Juan Rodriguez should be awarded:

      $_____ as to overtime wages.

- **Willful or Reckless Disregard for FLSA**

9. That the Defendants either knew or showed reckless disregard for the matter of whether their conduct was prohibited by the Fair Labor Standards Act's overtime wage requirements?

        Yes _____      No _____

SO SAY WE ALL.

        _____
        JURY FOREPERSON

        _____
        DATE