UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-20902-CIV-OTAZO-REYES

**CONSENT CASE**

JUAN ANDRES RODRIGUEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

GOLD STAR, INC.,
FIRST CLASS PARKING SERVICES, CORP.,
FIRST CLASS PARKING SYSTEMS LLC,
SEBASTIAN LOPEZ, and
JORGE ZULUAGA,

    Defendants.
_____/

**ORDER**

    THIS CAUSE came before the Court for Pretrial Conference on February 4, 2016. At the Pretrial Conference, the Court heard oral argument on Defendants Gold Star, Inc., First Class Parking Services, Corp., First Class Parking Systems LLC, Sebastian Lopez, and Jorge Zuluaga's ("Defendants") Motion for Summary Final Judgment [D.E. 39] and Plaintiff Juan Andres Rodriguez's ("Plaintiff") Motion for Final Summary Final Judgment [D.E. 41] and is taking them under advisement. The Court also addressed Defendants' unopposed ore tenus motion for continuance of trial (hereafter, "Motion to Continue"). In accordance with the Court's rulings at the Pretrial Conference, it is

    ORDERED AND ADJUDGED that the Motion to Continue is GRANTED. The Jury Trial specially set to commence on February 22, 2016 at 9:00 A.M. is hereby RESET for

**Tuesday, March 15, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Four days have been reserved for trial.

If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of February, 2016.

                                                ALICIA M. OTAZO REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record