UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-20902-CIV-OTAZO-REYES

**CONSENT CASE**

JUAN ANDRES RODRIGUEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

GOLD STAR, INC.,
FIRST CLASS PARKING SERVICES, CORP.,
FIRST CLASS PARKING SYSTEMS LLC,
SEBASTIAN LOPEZ, and
JORGE ZULUAGA,

    Defendants.
_____/

**FINAL JUDGMENT**

In accordance with the Order on Cross-Motions for Summary Judgment, it is

ORDERED AND ADJUDGED that Final Judgment be and the same is hereby ENTERED in favor of Defendants Gold Star, Inc., First Class Parking Services, Corp., First Class Parking Systems LLC, Sebastian Lopez, and Jorge Zuluaga (collectively, "Defendants") and against Plaintiff Juan Andres Rodriguez's ("Plaintiff"). Plaintiff shall take nothing by this action and Defendants shall go hence without day. All pending motions not otherwise ruled upon are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, on this 2nd day of March, 2016.

                                                               _____
                                                               ALICIA M. OTAZO-REYES
                                                               UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record