# EXHIBIT A

| | |
|---|---|
| Independent Contractor (Scan Trial/Discovery Exhibits) Christine Sotomayor - scanning and organization of trial exhibits and production of documents | $1630.00 |
| Cost of Stenographer Appearance  (Juan Rodriguez) | $175.00 |
| Deposition Transcript Juan Rodriguez | $268.00 |
| Spanish Interpreter Juan Rodriguez Deposition | $287.50 |
| Deposition Transcripts of Defendants | $571.20 |
| Copy of Discovery Documents | $32.74 |
| Total | $2964.44 |

# Chase Online

PERFBUS CHK (...7033)

**Check Number:** 6533     **Post Date:** 11/24/2015     **Amount of Check:** $630.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

# Chase Online

PERFBUS CHK (...7033)

**Check Number:** 6463  **Post Date:** 11/09/2015  **Amount of Check:** $1,000.00



**Need help printing or saving this check?**



**Need help printing or saving this check?**

© 2016 JPMorgan Chase & Co.

# INVOICE

**UNITED REPORTING, INC.**
*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163768 | 8/17/2015 | 205679 |
| **Job Date** | **Case No.** ||
| 8/17/2015 | 1:15-CV-20902-uu ||
| **Case Name** |||
| Rodriguez, Juan vs. Gold Star, Inc.; First Class Parking |||
| **Payment Terms** |||
|  |||

Lowell J. Kuvin, Esq.
Law Office of Lowell Kuvin
17 E. Flagler Street
Ste 223
Miami FL  33132-2463

Hearing Taken Before:

Juan Rodriguez

| | | |
|---|---|---|
| Reporter Attendance: First Hour | | 95.00 |
| Reporter Attendance: Additional Hours | 2.00 Hours | 80.00 |
| Holding approximately | 60.00 Pages | 0.00 |
| **TOTAL DUE >>>** | | **$175.00** |

Transcript not ordered
NR|Armendariz

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

Tax ID: 55-0793657                    Phone: 305-358-6800   Fax:305-358-6808

# INVOICE

**UNITED REPORTING, INC.**
*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167683 | 10/19/2015 | 205679 |
| **Job Date** | **Case No.** | |
| 8/17/2015 | 1:15-CV-20902-uu | |
| **Case Name** | | |
| Rodriguez, Juan vs. Gold Star, Inc.; First Class Parking | | |
| **Payment Terms** | | |
|  | | |

Lowell J. Kuvin, Esq.
Law Office of Lowell Kuvin
17 E. Flagler Street
Ste 223
Miami FL  33132-2463

**Deposition Of:**

| | | |
|---|---|---|
| Juan Rodriguez. | 56.00 Pages | 224.00 |
| Word Index | 6.00 Pages | 24.00 |
| Shipping & Handling | | 20.00 |
| | **TOTAL DUE >>>** | **$268.00** |

Original and One Certified Copy
NR|Armendariz

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 268.00 |

Tax ID: 55-0793657                                                                 Phone: 305-358-6800   Fax:305-358-6808

*Please detach bottom portion and return with payment.*

Lowell J. Kuvin, Esq.
Law Office of Lowell Kuvin
17 E. Flagler Street
Ste 223
Miami FL  33132-2463

Job No.      : 205679            BU ID        :UR
Case No.     : 1:15-CV-20902-uu
Case Name    : Rodriguez, Juan vs. Gold Star, Inc.; First Class Parking
Invoice No.  : 167683            Invoice Date  :10/19/2015
**Total Due**   : **$ 268.00**

**Remit To:** **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 954-525-0511**

**PAYMENT WITH CREDIT CARD**     AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:



# Statement

**UNIVERSAL LANGUAGE SERVICES**

8870 W. Oakland Park Blvd., Suite 103
Sunrise, FL 33351

Phone # (954) 749-9199

Date: 10/31/2015

To:
Lowell J. Kuvin Law Office (Miami)
17 East Flagler Street # 223
Miami, FL 33131

Federal Tax ID#: 45-4027849

| Amount Due | Amount Enc. |
|---|---|
| $287.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/17/2015 | INV #151731. Due 08/17/2015. Orig. Amount $287.50.<br>Spanish<br>--- Spanish, 2.5 @ $115.00 = 287.50<br>--- Handling Party: Lowell J. Kuvin, Esq.<br>Case #: 1:15-CV-20902-uu<br><br>Rodriguez v. Gold Star, Inc. et al | 287.50 | 287.50 |

| CURRENT | 1-30 DAYS | 31-60 DAYS | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 287.50 | 0.00 | $287.50 |



# JEANNIE REPORTING

**28 W. Flagler St., Suite 610**
**Miami, FL 33130**
**www.jeanniereporting.com**
Phone #   (305) 577-1705  •  Fax #    (305) 577-1706

**PAID**
**10/23/2015**

| Bill To | | |
|---|---|---|
| Law Office of Lowell J. Kuvin | | |
| 17 East Flagler Street | | |
| Miami, FL 33131 | | |
| **ATTN:** | **Lowell Kuvin, Esq.** | |

## Invoice

| INVOICE # | 19689 |
|---|---|
| DATE | 10/13/2015 |
| JOB # | 5826,27JR1 |

| REPORTER | | | TERMS | |
|---|---|---|---|---|
| CG | | | | |
| **DATE** | **DESCRIPTION** | **QUANTITY** | **RATE** | **AMOUNT** |
| 8/18/2015 | Juan Rodriguez vs. Gold Star, Inc<br>Case No. 1:15-CV-20903 | | | |
| | Certified Transcript Deposition of Jorge Zuluaga<br>83 Pages @ $3.40 Per Page | | | 282.20 |
| | Certified Transcript Depositionof Sebastian Lopez<br>60 Pges @ $3.40 Per Page | | | 204.00 |
| | Electronic Transcript W/ Scanned Exhibits | 1 | 50.00 | 50.00 |
| | B/W Photocopies | 20 | 0.25 | 5.00 |
| | Handling & Delivery | 1 | 15.00 | 15.00 |
| | Exhibits Burned to CD | 1 | 15.00 | 15.00 |

Thank you for using Jeannie Reporting.
All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees.  Tax ID #55-0828848

| Total | $571.20 |
|---|---|
| | -$571.20 |
| **Balance Due** | **$0.00** |

*It's been a pleasure working with you!*